IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-64-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEVONE SHARNELL BEST, | ) | |
| | ) | |
| Defendant. | ) | |

On August 26, 2013, the government moved to quash a subpoena issued to Mandy Reilly, a contract legal assistant under the supervision of the Office of the United States Attorney, Eastern District of North Carolina [D.E. 63]. Defendant did not respond, and the trial begins on September 3, 2013.

For the reasons stated in the government's memorandum, the government's motion to quash [D.E. 63] is GRANTED.

SO ORDERED. This 30 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge