IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:12-CR-64-D
No. 7:15-CV-274-D

| | |
|---|---|
| DEVONE SHARNELL BEST, | ) |
| Petitioner, | ) |
| v. | ) ORDER TO LIFT STAY |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause shown upon the motion of Respondent, the Court orders that the stay previously entered in this matter be lifted. The parties may file briefs regarding the effect of Beckles v. United States, 137 S. Ct. 886 (2017), on or before June 12, 2017.

This __8__ day of __May__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge