IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-64-D
No. 7:15-CV-274-D

| | |
|---|---|
| DEVONE SHARNELL BEST, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On July 10, 2017, Devone Sharnell Best filed a motion for reconsideration [D.E. 153]. Best asks the court to reconsider its order denying him relief under 28 U.S.C. § 2255. The motion for reconsideration [D.E. 153] lacks merit and is DENIED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 20 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge