IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-64-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEVONE SHARNELL BEST, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's pending motions [D.E. 179, 182, 183] not later than December 3, 2021.

SO ORDERED. This 11 day of November, 2021.

JAMES C. DEVER III
United States District Judge