IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-64-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEVONE SHARNELL BEST, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 189], the court DENIES defendant's motion for reduction of sentence [D.E. 179]. See Terry v. United States, 141 S. Ct. 1858, 1862–64 (2021). For the reasons stated in the government's response in opposition [D.E. 188], the court DISMISSES for lack of subject-matter jurisdiction or DENIES as meritless defendant's motions in the interests of justice [D.E. 182, 183]. The court DENIES as meritless defendant's motion to strike [D.E. 192]. The United States shall respond to defendant's motion for compassionate release [D.E. 185] not later than January 31, 2022.

SO ORDERED. This 22 day of December, 2021.

JAMES C. DEVER III
United States District Judge