IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-64-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEVONE SHARNELL BEST, ) | |
| ) | |
| Defendant. ) | |

On July 18, 2022, Devone Sharnell Best ("Best" or "defendant") moved for reconsideration of this court's order denying his motion for compassionate release. See [D.E. 206]. On July 13, 2022, however, Best appealed this court's decision. See [D.E. 203]. By appealing, Best divested this court of jurisdiction. See, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); United States v. Sanders, No. 1:17-CR-29-HAB, 2020 WL 3268492, at *1 (N.D. Ind. June 17, 2020) (unpublished); United States v. Watts, No. CR 16-104, 2020 WL 3036545, at *2 (M.D. La. June 5, 2020) (unpublished); United States v. Belton, No. 5:18-CR-113-FL-1, 2020 U.S. Dist. LEXIS 75837, at *2 (E.D.N.C. Apr. 29, 2020) (unpublished). Thus, the court DISMISSES WITHOUT PREJUDICE defendant's motion for reconsideration [D.E. 206].

SO ORDERED. This 19 day of July, 2022.

JAMES C. DEVER III
United States District Judge